UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Robert N. Millman, Esq.

Order Filed on
**6/6/2006**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Constance M. Thomas, Debtor(s)

Case No.:      05-36375

Adv. No.:

Hearing Date:  5/30/2006

## ORDER

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: 6/6/2006**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

In the matter of:                                United States Bankruptcy Court

                                                District of New Jersey

Constance M. Thomas                              Case No. 05-36375


ORDER RELEASING FUNDS

This matter having been opened to the Court upon the annexed written request by  Robert N. Millman, Esq.  for payment of certain funds on deposit with this Court, and it appearing that the Trustee,  Marie-Ann Greenberg , filed a Statement of Undistributed Balance re claim of  Constance M. Thomas  in the sum of $  30,937.38  on  2/21/06 . Said sum of $ 30,937.38  was deposited into Fund 613300 on  2/23/06  for the creditor  Constance M. Thomas .

ORDERED, that the Clerk of the Bankruptcy Court be and he is hereby authorized to make payment to  Constance M. Thomas
                                    c/o Robert N. Millman, Esq.
                                    Millman and Millman
   111 Northfield Avenue, Suite 201, West Orange, NJ  07052
in the sum of $  30,937.38  from the funds on deposit with this Court in this matter.

*Approved by Judge Novalyn L. Winfield June 06, 2006*